THE WESTON FIRM
GREGORY S. WESTON (239944)
JACK FITZGERALD (257370)
888 Turquoise Street
San Diego, CA 92109
Telephone: 858 488 1672
Fax:        480 247 4553
greg@westonfirm.com

BECK & LEE BUSINESS TRIAL LAWYERS
JARED H. BECK (233743)
28 West Flagler Street, Suite 555
Miami, FL 33130
Phone: 305 789 0072
Fax: 786 664 3334
jared@beckandlee.com

Counsel for Plaintiff and the Proposed Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA YUMUL, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SMART BALANCE, INC.,<br><br>Defendant. | Case No: **CV10-00927 MMM (AJWx)**<br><br>CLASS ACTION<br><br>**COMPLAINT FOR VIOLATIONS OF UNFAIR COMPETITION LAW, FALSE ADVERTISING LAW, AND CONSUMER LEGAL REMEDIES ACT**<br><br>DEMAND FOR JURY TRIAL |

Plaintiff Rebecca Yumul ("Plaintiff"), on behalf of herself, all others similarly situated, and the general public, by and through undersigned counsel, hereby sues Defendant Smart Balance, Inc. ("SBI") and, upon information and belief and investigation of counsel, allege as follows:

## JURISDICTION AND VENUE

1. This Court has original jurisdiction under 28 U.S.C. §1332(d)(2) (The Class Action Fairness Act) because the matter in controversy exceeds the sum or value of $5,000,000 exclusive of interest and costs. Further, more than two-thirds of the members of the Class reside in states other than the state of which Defendant is a citizen.

2. Venue is proper in this Court pursuant to 28 U.S.C. §1391 because Plaintiff resides in and suffered injuries as a result of SBI's acts in this district, many of the acts and transactions giving rise to this action occurred in this district, and SBI (1) is authorized to conduct business in this district and has intentionally availed itself of the laws and markets of this district through the promotion, marketing, distribution, and sale of its products in this district; (2) resides in this district; and (3) is subject to personal jurisdiction in this district.

## INTRODUCTION

3. Plaintiff Rebecca Yumul repeatedly purchased Nucoa margarine made by SBI in California during the class period defined herein.

4. Nucoa margarine contains artificial trans fat, which raises the risk of coronary heart disease more than any known nutritive product.

5. Artificial *trans* fat causes heart disease by raising the level of "bad" LDL blood cholesterol and lowering the level of "good" HDL blood cholesterol.

6. Artificial *trans* fat also causes cancer and type-2 diabetes.

7. SBI nonetheless markets its *trans* fat-laden Nucoa margarine as "Cholesterol Free" which, while possibly true, is highly misleading because, unlike

the artificial *trans* fat in Nucoa margarine which raises LDL cholesterol levels, direct consumption of dietary cholesterol is not linked to disease.

8. Plaintiff seeks an order that compels SBI to (1) cease marketing Nucoa margarine using the misleading tactics complained of herein, (2) conduct a corrective advertising campaign, (3) restore the amounts by which SBI was unjustly enriched, and (4) destroy all misleading and deceptive materials and products.

## PARTIES

14. Defendant Smart Balance, Inc. is a Delaware corporation with its principal place of business in California. Smart Balance, Inc. is the producer and manufacturer of Nucoa Margarine.

15. Plaintiff is a resident of California who repeatedly purchased Nucoa margarine for her own use in various California stores during the class period defined below.

## SUMMARY OF THE STRONG EVIDENCE OF HEALTH DANGERS OF ARTIFICIAL *TRANS* FAT

**Artificial *trans* fat is a manufactured food product whose basic chemical structure is different from natural fat molecules.**

16. *Trans* fat is naturally found in trace amounts in foods derived from ruminant animals, primarily in cow's milk and red meat.[1] It is also found in small quantities in human breast milk.

17. Also known as vaccenic acid, natural *trans* fat has never been linked to any negative health effect in human beings and is chemically different than artificial *trans* fat.

---

[1] Dariush Mozaffarian *et al., Trans Fatty Acids and Cardiovascular Disease*, 354 New Eng. J. Med. 1601, 1608 (2008).

1    18.   Initial studies on rats indicate that consumption of vaccenic acid is beneficial to health.[2]

2    19.   Artificial *trans* fat, by contrast, is manufactured in an industrial process called hydrogenation, in which hydrogen atoms are added to normal vegetable oil by heating the oil to temperatures above 400 degrees Fahrenheit in the presence of ion donor catalyst metals such as rhodium, ruthenium, and nickel.[3]

3    20.   The resulting product is known as partially hydrogenated vegetable oil ("PHVO"), which is a major ingredient in Nucoa Margarine, and is the main source of *trans* fat in the American diet.[4]

4    21.   PHVO was invented in 1901 and patented in 1902 by German chemist Wilhelm Normann. PHVO molecules chemically differ from the natural fat molecules in other food products, as shown in the illustrations that follow.

5    22.   Natural fat, except the trace amounts of natural *trans* fat from ruminant animals, comes in two varieties: (1) fats that lack carbon double bonds ("saturated fat") and (2) fats that have carbon double bonds with the hydrogen atoms on the same side on the carbon chain ("*cis* fat"). *Trans* fat, however, has double bonds on opposite sides of its carbon chain.

---

[2] Ye Wang *et al., Trans-11 Vaccenic Acid Dietary Supplementation Induces Hypolipidemic Effects on JCR:LA-cp Rats*, 138 J. Nutrition 2117 (November 2008).

[3] *See* Alice H. Lichtenstein, *Trans Fatty Acids, Plasma Lipid Levels, and Risk of Developing Cardiovascular Disease*, 95 Circulation 2588, 2588-90 (1997).

[4] *See* Mozaffarian, 354 New Eng. J. Med. at 1608.

3

COMPLAINT FOR VIOLATIONS OF UNFAIR COMPETITION LAW, FALSE ADVERTISING LAW, AND CONSUMER LEGAL REMEDIES ACT



COMPLAINT FOR VIOLATIONS OF UNFAIR COMPETITION LAW, FALSE ADVERTISING LAW, AND CONSUMER LEGAL REMEDIES ACT

23. PHVO was initially a "wonder product" attractive to the packaged food industry because it combines the low cost of unsaturated *cis* fat with the flexibility and long shelf life of saturated fat. Like *cis* fat, PHVO is manufactured from lower-cost legumes,[5] while saturated fat is derived from relatively expensive animal and tropical plant sources.[6]

24. Like natural saturated fat, PHVO has a long shelf life, physical solidity, and flavor stability. The industrial process that adds hydrogen ions to normal vegetable oil improves food texture and permits food products to withstand heavy mechanical processing and high temperatures.[7] Given its versatility, PHVO was recently used in 40 percent of processed packaged foods.[8]

25. Artificial *trans* fat does not exist in nature, and the human body has not evolved to digest it. The same unusual and unnatural chemical structure that gives artificial *trans* fat properties attractive from an industrial perspective makes it highly toxic to human health.

*Trans* **fat causes cardiovascular disease, type 2 diabetes, and cancer.**

- **Heart Disease**

26. In a joint Dietary Guidelines Advisory Committee Report, the U.S. Department of Health and Human Services and the U.S. Department of Agriculture

---

[5] e.g., corn oil, soybean oil, peanut oil
[6] e.g., butter, cream, tallow, coconut oil
[7] *See* Alberto Ascherio *et al.*, *Trans Fatty Acids & Coronary Heart Disease*, 340 New Eng. J. Med. 94, 94-8 (1999). *See also* Ctr. for Food Safety & Applied Nutrition, U.S. Food & Drug Admin., Questions & Answers About Trans Fat Nutrition Labeling (Update 2006) (2003), *available at* http://www.cfsan.fda.gov/%7Edms/qatrans2.html#fn.
[8] Mary Carmichael, *The Skinny on Bad Fat*, Newsweek, Dec. 1, 2003, at 66. *See also* Kim Severson, *Hidden Killer. It's **Trans** Fat. It's Dangerous. And It's In Food You Eat Every Day*, S.F. Chron., Jan. 30, 2002.

recognized **"[t]he relationship between trans fatty acid intake and LDL cholesterol is direct and progressive, increasing the risk of cardiovascular disease."**[9]

27. Food products with *trans* fat harm the heart by "rais[ing] the concentration of the most dangerous form of serum cholesterol (LDL cholesterol)" and "lower[ing] a protective form of serum cholesterol (HDL cholesterol)."[10]

28. The American Heart Association notes **"trans fats raise your bad (LDL) cholesterol levels and lower your good (HDL) cholesterol levels. Eating trans fats increases your risk of developing heart disease."**[11]

29. After an extensive evaluation of the scientific literature on the *trans* fat/Coronary Heart Disease [CHD] connection, the FDA concluded:

> ...based on the consistent results across a number of the most persuasive types of study designs (i.e., intervention trials and prospective cohort studies) that were conducted using a range of test conditions and across different geographical regions and populations…the available evidence for an adverse relationship between trans fat intake and CHD risk is strong.[12]

30. *Trans* fat raises the risk of CHD more than any other known nutritive product.[13]

31. Removing 2% of daily calories from *trans* fat from the American diet "would prevent approximately 30,000 premature coronary deaths per year, and

---

[9] Dep't of Health & Human Serv. & U.S. Dep't of Agric., 2005 Dietary Guidelines Advisory Committee Report, Section 10 (2005).
[10] *Id.*
[11] Am. Heart Ass'n., *Trans Fat Overview*, *available at* http://www.americanheart.org/presenter.jhtml?identifier=3045792.
[12] Ctr. for Food Safety & Applied Nutrition, U.S. Food & Drug Admin., Questions & Answers About Trans Fat Nutrition Labeling.
[13] Mozaffarian, 354 New Eng. J. Med. at 1603.

epidemiologic evidence suggests this number is closer to 100,0000 premature deaths annually."[14]

32. A study on the impact of *trans* fatty acids on heart health provides evidence that:

> [E]ven the lower estimates from the effects [of PHVO] on blood lipids would suggest that more than 30,000 deaths per year may be due to the consumption of partially hydrogenated vegetable fat. Furthermore, the number of attributable cases of nonfatal coronary heart disease will be even larger.[15]

33. Since "the adverse effect of trans fatty acids is stronger than that of saturated fatty acids," saturated fat consumption would need to be reduced by 10 percent of caloric intake to have the same impact.[16]

34. "10 to 19 percent of CHD events in the United States could be averted by reducing the intake of trans fat."[17]

35. By raising LDL levels and lowering HDL levels, *trans* fat causes a wide variety of dangerous heart conditions, including low flow-mediated vasodilation, coronary artery disease, and primary cardiac arrest.

36. After conducting a crossover diet trial, Danish researchers determined that healthy men and women who maintained a high-*trans* fat diet had 21 percent lower protective HDL levels and 29 percent lower flow-mediated vasodilation ("FMD") than those on a high-saturated fat diet. Since FMD measures the percent increase between the diameter of the artery at ordinary and at maximum dilation,

---

[14] Alberto Ascherio *et al.*, *Trans Fatty Acids & Coronary Heart Disease*, 340 New Eng. J. Med. 94, 94-8 (1999).

[15] W.C. Willett *et al., Trans Fatty Acids: Are the Effects only Marginal?* 84 Am. J. Pub. Health 722, 723 (1994).

[16] Mozaffarian, 354 New Eng. J. Med. at 1609.

[17] *See* Mozaffarian, 354 New Eng. J. Med. at 1611.

7

COMPLAINT FOR VIOLATIONS OF UNFAIR COMPETITION LAW, FALSE ADVERTISING LAW, AND CONSUMER LEGAL REMEDIES ACT

low FMD is "a risk marker of coronary heart disease.[18]

37.  Australian researchers observed that heart attack patients possess elevated amounts of *trans* fat in their adipose tissue, strongly linking heart disease with long-term consumption of *trans* fat.[19]

38.  By taking blood samples from 179 survivors of cardiac arrest and 285 randomly-selected control patients and comparing the top fifth with the bottom fifth of participants by *trans* fat intake, another study published in the American Heart Association's *Circulation* found that the largest consumers of *trans* fat have three times the risk of suffering primary cardiac arrest, even after controlling for a variety of medical and lifestyle risk factors.[20]

- **Diabetes**

39.  Artificial *trans* fat causes type 2 diabetes.[21]

40.  A 14-year study of 84,204 women found that for every 2 percent increase in energy intake from *trans* fat, the relative risk of type 2 diabetes was 1.39. In other words, each 2 percent of calories from artificial *trans* fat increases the risk of type 2 diabetes by 39 percent.[22]

---

[18] Nicole M. De Roos *et al.*, *Replacement of Dietary Saturated Fatty Acids by Trans Fatty Acids Lowers Serum HDL Cholesterol and Impairs Endothelial Function in Healthy Men and Women*, 21 Am. Heart Assoc. 1233, 1233-37 (2001).

[19] Peter M. Clifton *et al.*, *Trans Fatty Acids In Adipose Tissue And The Food Supply Are Associated With Myocardial Infarction*. 134 J. of Nutrition 874, 874-79 (2004).

[20] Rozenn N. Lemaitre *et al.*, *Cell Membrane Trans-Fatty Acids and the Risk of Primary Cardiac Arrest*, 105 Circulation 697, 697-701 (2002).

[21] Am. Heart Ass'n., *Trans Fat Overview*.

[22] Jorge Salmeron *et al.*, *Dietary Fat Intake and Risk of Type 2 Diabetes in Women*, 73 Am. J. of Clinical Nutrition 1019, 1023 (2001).

- **Cancer**

41. *Trans* fat is a known carcinogen shown to cause breast, prostate, and colorectal cancer.

42. A 13-year study of 19,934 French women showed 75 percent more women contracted breast cancer in the highest quintile of *trans* fat consumption than did those in the lowest.[23]

43. In a 25-year study of 14,916 U.S. physicians, the doctors in the highest quintile of *trans* fat intake had over a 100% greater risk of developing prostate cancer than the doctors in the lowest quintile.[24]

44. A study of 1,012 American males observing *trans* fat intake and the risk of prostate cancer found "[c]ompared with the lowest quartile of total trans-fatty acid consumption, the higher quartiles gave odds ratios (ORs) equal to 1.58," meaning those in the highest quartile are 58% more likely to contract prostate cancer than those in the lowest.[25]

45. A 600-person study found an 86 percent greater risk of colorectal cancer in the highest *trans* fat consumption quartile.[26]

46. A 2,910-person study found "*trans*-monounsaturated fatty acids…were dose-dependently associated with colorectal cancer risk," which

---

[23] Véronique Chajès *et al.*, *Association between Serum Trans-Monounsaturated Fatty Acids and Breast Cancer Risk in the E3N-EPIC Study.* 167 Am. J. of Epidemiology 1312, 1316 (2008).

[24] Jorge Chavarro *et al.*, *A Prospective Study of Blood Trans Fatty Acid Levels and Risk of Prostate Cancer.*, 47 Proc. Am. Assoc. of Cancer Research 95, 99 (2006).

[25] Xin Liu *et al.*, *Trans-Fatty Acid Intake and Increased Risk of Advanced Prostate Cancer: Modification by RNASEL R462Q Variant*, 28 Carcinogenesis 1232, 1232 (2007).

[26] L.C. Vinikoor *et al.*, *Consumption of Trans-Fatty Acid and its Association with Colorectal Adenomas*, 168 Am. J. of Epidemiology 289, 294 (2008).

9

COMPLAINT FOR VIOLATIONS OF UNFAIR COMPETITION LAW, FALSE ADVERTISING LAW, AND CONSUMER LEGAL REMEDIES ACT

showed "the importance of type of fat in the etiology and prevention of colorectal cancer."[27]

47. The serious health conditions caused by *trans* fat consumption only occur from artificial *trans* fat, not the trace natural *trans* fat found in ruminant sources:

> Of four prospective studies evaluating the relation between the intake of trans fatty acids from ruminants and the risk of CHD, none identified a significant positive association, whereas three identified nonsignificant trends toward an inverse association. … [T]he sum of the current evidence suggests that the public health implications of consuming trans fats from ruminant products are relatively limited.[28]

**The grave, concrete risks of artificial *trans* fat consumption far outweigh any conceivable benefits of SBI's conduct.**

48. There is no health benefit to artificial *trans* fat consumption and "no safe level" of artificial *trans* fat intake.[29]

49. According to the established consensus of the scientific community, consumers should keep their consumption of *trans* fat "as low as possible."[30]

50. As Dr. Mozaffarian, notes in the New England Journal of Medicine:

> [F]rom a nutritional standpoint, the consumption trans fatty acids results in considerable potential harm but no apparent benefit. … Thus, complete or near-complete avoidance of industrially produced

---

[27] Evropi Theodoratou *et al.*, *Dietary Fatty Acids and Colorectal Cancer: A Case-Control Study*, 166 Am. J. of Epidemiology 181 (2007).
[28] Mozaffarian, 354 New Eng. J. Med. at 1608-1609.
[29] Food & Nutrition Bd., Inst. of Med., Dietary Reference Intakes For Energy, Carbohydrate, Fiber, Fat, Fatty Acids, Cholesterol, Protein, and Amino Acids (2005).
[30] Food & Nutrition Bd., Inst. of Med., Dietary Reference Intakes For Energy, Carbohydrate, Fiber, Fat, Fatty Acids, Cholesterol, Protein, and Amino Acids 424 (2005).

trans fat—a consumption of less than 0.5 percent of the total energy intake—may be necessary to avoid adverse effects and would be prudent to minimize health risks.[31]

***Trans* fat is so inherently dangerous that it is being banned in an increasing number of American states and European countries.**

51. In 2008, California became the first state to ban all restaurant food with artificial *trans* fat, a law affecting approximately 88,000 eating establishments. *Trans* fats are now banned in restaurants as of January 1, 2010.

52. Nucoa Margarine is thus so harmful that its use in California restaurants is now a *criminal offense*.

53. New York City banned all *trans* fat in its 20,000 food establishments in 2006. Similar laws exist in Philadelphia; Baltimore; Stamford, Connecticut; and Montgomery County, Maryland.

54. A 2004 Danish law restricted all foods to under 2 percent of calories from *trans* fat, a standard Nucoa margarine does not meet. Switzerland made the same restriction in 2008.[32]

55. After conducting a surveillance study of Denmark's *trans* fat ban, researchers concluded the change "did not appreciably affect the quality, cost or availability of food" and did not have "any noticeable effect for the consumers."[33]

56. In 2006, a *trans* fat task force co-chaired by Health Canada and the Heart and Stroke Foundation of Canada recommended capping *trans* fat content at

---

[31] Mozaffarian, 354 New Eng. J. Med. at 1609.

[32] Andrew Collier, *Deadly Fats: Why Are We still Eating Them?*, The Independent (UK), June 10, 2008.

[33] Mozaffarian, 354 New Eng. J. Med. at 1610; *see also* High Levels of Industrially Produced Trans Fat in Popular Fast Food, 354 New Eng. J. Med. 1650, 1652 (2006).

11

COMPLAINT FOR VIOLATIONS OF UNFAIR COMPETITION LAW, FALSE ADVERTISING LAW, AND CONSUMER LEGAL REMEDIES ACT

2 percent of calories for tub margarines and spreads and 5 percent for all other foods. On September 30, 2009, British Columbia became the first province to impose these rules on all restaurants, schools, hospitals, and special events.[34]

57. In summary, SBI's Nucoa margarine has so much toxic artificial *trans* fat it would be illegal to use or sell in many parts of the world.

**Direct consumption of dietary cholesterol is unrelated to heart disease.**

58. By raising bad cholesterol and lowering good cholesterol levels, *trans* fat raises the risk of CHD more than any other known nutritive product.[35] By contrast, dietary cholesterol intake is unrelated to CHD risk.[36]

59. SBI, however, markets products with dangerous levels of *trans* fat as "cholesterol free" and thereby misleads consumers by implying a connection between dietary cholesterol intake and disease where none exists.

60. SBI's "cholesterol free" claims further insinuate that consumption of its Nucoa margarine is useful for the maintenance of healthy serum cholesterol levels when in fact the consumption of SBI's *trans*-fat laden Nucoa margarine negatively impacts serum cholesterol levels. SBI thus deceives consumers concerned about cardiovascular health into purchasing a product harmful to their hearts.

---

[34] *Province Restricts Trans Fat in B.C.*, British Columbia Ministry of Healthy Living and Sport Press Release (2009), *available at* http://www2.news.gov.bc.ca/news_releases_2005-2009/2009HLS0013-000315.htm.

[35] Mozaffarian, 354 New Eng. J. Med. at 1602.

[36] Katja L. Esrey *et al.*, *Relationship Between Dietary Intake and Coronary Heart Disease Mortality: Lipid Research Clinics Prevalence Follow-up Study,* 49 J. Clin. Epidemiol 2:211, 212-216 (1996). *See also* Barbara Millen Posner *et al.*, *Dietary Lipid Predictors of Coronary Heart Disease in Men: The Framingham Study,* 151 Arch Intern Med 1181, 1184-86 (June 1991).

## SPECIFIC MISREPRESENTATIONS, MATERIAL OMISSIONS, AND DECEPTIVE ACTS

**Nucoa Real Margarine**

[Image of Nucoa Real Margarine packaging showing "NO BURN* | NO CHOLESTEROL / NO SE QUEMA* / NO CONTIENE COLESTEROL", "GREAT FOR COOKING & BAKING Real margarine", "EXCELENTE PARA COCINAR Y HORNEAR", "NET WT / PESO NETO 16 OZ (1 LB) / 454g", "PARVE"]

Nucoa® Tastes Better… Cooks Better… Fries Better and Bakes Better because it's Real Margarine. What could be better!

Our special formula has been designed with you and your family in mind. Nucoa's Real Margarine is great for cooking and baking. Because it's Lactose Free and Cholesterol Free, it's the healthy and delicious way to make your favorite dishes come to life. Enjoy!

Nucoa® Sabe Mejor… Cocina Mejor… Fríe Mejor y Hornea Mejor porque es Verdadera Margarina. ¡Qué podría ser mejor!

Nuestra fórmula especial ha sido creada pensando en usted y en su familia. La verdadera margarina de Nucoa es excelente para cocinar y hornear. Porque no contiene lactosa ni colesterol, es la manera saludable y deliciosa de dar vida a sus platos favoritos. ¡Disfrútela!

61. **Misleading cholesterol claim:** SBI labels Nucoa Margarine "Cholesterol Free."

62. As described in detail above, the risk of cardiovascular disease is not related to the consumption of dietary cholesterol, but to the serum levels of LDL cholesterol relative to HDL cholesterol. SBI's Nucoa margarine contains dangerous levels of *trans* fat, which increases LDL cholesterol and decreases HDL cholesterol levels. SBI capitalizes on a common misperception of dietary cholesterol to mislead consumers who are concerned about heart health into purchasing a product that increases their LDL serum cholesterol, lowers there HDL serum cholesterol and raises their risk for heart disease, diabetes, and cancer.

63. **False and misleading "healthy" and "saludable" claims:** Nucoa Margarine is described on its package as "healthy" and "saludable," the Spanish word for healthy. In fact, Nucoa Margarine is extremely high in trans fat, which causes heart disease, cancer, and type-2 diabetes, and so no beneficial properties.

## CLASS ACTION ALLEGATIONS

64. Plaintiff brings this action on behalf of herself and all others similarly situated (the "Class") in accordance with Rule 23 of the Federal Rules of Civil Procedure.

65. The Class is defined as:

> All persons (excluding officers, directors, and employees of SBI) who purchased, on or after January 1, 2000, Nucoa Margarine for their own use rather than resale or distribution.

66. Questions of law and fact common to Plaintiff and the Class include:

   a. Whether SBI contributed to, committed, and/or is responsible for the conduct alleged herein;

    b. Whether SBI's conduct constitutes the violations of law alleged herein;

    c. Whether SBI acted willfully, recklessly, negligently, or with gross negligence in the violations of law alleged herein; and

    d. Whether Class members are entitled to compensatory, injunctive, and other equitable relief.

67. By purchasing and/or using these products, all Class members were subjected to the same wrongful conduct.

68. Absent this deceptive claim and fraudulent omission, Plaintiff and class members would not have purchased Nucoa margarine.

69. Plaintiff's claims are typical of the Class's claims. Plaintiff will fairly and adequately protect the interests of the Class, has no interests that are incompatible with the interests of the Class, and has retained counsel competent and experienced in class litigation.

70. The Class is sufficiently numerous, as it includes hundreds of thousands of individuals who purchased SBI's Nucoa margarine throughout the United States.

71. Class representation is superior to other options for the resolution of the controversy. The relief sought for each Class member is small. Absent the availability of class action procedures, it would be infeasible for Class members to redress the wrongs done to them.

72. SBI has acted on grounds applicable to the Class, thereby making appropriate final injunctive relief or declaratory relief concerning the Class as a whole.

73. Questions of law and fact common to the Class predominate over any questions affecting only individual members.

**SBI fraudulently concealed the health hazards of consuming its products.**

74. SBI has tolled any applicable statute of limitations by affirmatively

concealing and publically misrepresenting its violations of law as described herein. A reasonable consumer would have relied on the deceptive and false claims made on the packaging of Nucoa margarine, and through the exercise of reasonable diligence would not have discovered the violations alleged herein because SBI actively and purposefully concealed the truth regarding its products.

## FIRST CAUSE OF ACTION

**Violations of the California Unfair Competition Law,
Bus. & Prof. Code § 17200 *et seq.*, and
the Common Law of Unfair Competition**

75. Plaintiff realleges and incorporates the allegations elsewhere in the Complaint as if set forth in full herein.

76. Bus. & Prof. Code § 17200 prohibits any "unlawful, unfair or fraudulent business act or practice."

77. The acts, omissions, misrepresentations, practices, and non-disclosures of SBI as alleged herein constitute "unlawful" business acts and practices in that SBI's conduct violates the False Advertising Law and the Consumer Legal Remedies Act.

78. The acts, omissions, misrepresentations, practices, and non-disclosures of SBI as alleged herein constitute "unfair" business acts and practices in that SBI's conduct is immoral, unscrupulous, and offends public policy. Further, the gravity of SBI's conduct outweighs any conceivable benefit of such conduct.

79. The acts, omissions, misrepresentations, practices, and non-disclosures of SBI as alleged herein constitute "fraudulent" business acts and practices in that SBI's conduct has a tendency to deceive the Class and the general public.

80. By violating the California Unfair Competition Law, SBI also violated the common law of unfair competition.

81. In accordance with Bus. & Prof. Code § 17203, Plaintiff seek an order enjoining SBI from continuing to conduct business through unlawful, unfair, and/or fraudulent acts and practices and to commence a corrective advertising campaign.

82. Plaintiff further seeks an order for the disgorgement and restitution of all monies from the sale of these products, which were acquired through acts of unlawful, unfair, and/or fraudulent competition.

## SECOND CAUSE OF ACTION

**Violations of the California False Advertising Law,
Bus. & Prof. Code § 17500 *et seq.***

83. Plaintiff realleges and incorporates the allegations elsewhere in the Complaint as if set forth in full herein.

84. In violation of Bus. & Prof. Code § 17500 *et seq.*, the advertisements, labeling, policies, acts, and practices described herein were designed to, and did, result in the purchase and use of the product without the knowledge that the toxic artificial *trans* fats contained within could negatively affect cholesterol levels.

85. SBI knew and reasonably should have known that the labels on these products were untrue and/or misleading.

86. As a result, Plaintiff, the Class, and the general public are entitled to injunctive and equitable relief, restitution, and an order for the disgorgement of the funds by which SBI was unjustly enriched.

## THIRD CAUSE OF ACTION

**Violations of the Consumer Legal Remedies Act,
Civ. Code § 1750 *et seq.***

87. Plaintiff realleges and incorporates the allegations elsewhere in the Complaint as if set forth in full herein.

88. The CLRA prohibits deceptive practices in connection with the

conduct of a business that provides goods, property, or services primarily for personal, family, or household purposes.

89. SBI's policies, acts, and practices were designed to, and did, result in the purchase and use of the products primarily for personal, family, or household purposes, and violated and continue to violate the following sections of the CLRA:

   a. § 1770(a)(5): representing that goods have characteristics, uses, or benefits which they do not have.
   b. § 1770(a)(7): representing that goods are of a particular standard, quality, or grade if they are of another.
   c. § 1770(a)(9): advertising goods with intent not to sell them as advertised.
   d. § 1770(a)(16): representing the subject of a transaction has been supplied in accordance with a previous representation when it has not.

90. As a result, Plaintiff and the Class have suffered irreparable harm and are entitled to injunctive relief and restitution.

91. In compliance with Civ. Code § 1782, Plaintiff have given written notice to SBI of their claims.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, on behalf of herself, all others similarly situated, and the general public, pray for judgment and relief against Defendant as follows:

A. Declaring this action to be a proper class action.

B. An order enjoining SBI from marketing its Nucoa margarine as "cholesterol free" so long as it contains artificial *trans* fat.

C. An order compelling SBI to conduct a corrective advertising campaign to inform the public that its products contain unsafe amounts of *trans* fat at consumers' actual consumption levels.

D. An order requiring SBI to disgorge all monies, revenues, and profits

obtained by means of any wrongful act or practice.

    E.    An order compelling SBI to destroy all misleading and deceptive advertising materials and products.

    F.    An order requiring SBI to pay restitution to restore all funds acquired by means of any act or practice declared by this Court to be an unlawful, unfair, or fraudulent business act or practice, untrue or misleading advertising, or a violation of the CLRA, plus pre-and post-judgment interest thereon;

    G.    Costs, expenses, and reasonable attorneys' fees;

    H.    Any other and further relief the Court deems necessary, just, or proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all causes of action so triable.

DATED: February 8, 2010

Respectfully Submitted,

*/s/ Greg Weston*

GREGORY S. WESTON
JACK FITZGERALD
THE WESTON FIRM
888 Turquoise Street
San Diego, CA 92109
Telephone:  858 488 1672
Facsimile:   480 247 4553

JARED H. BECK
BECK & LEE BUSINESS TRIAL LAWYERS
28 West Flagler Street, Suite 555
Miami, FL 33130
Telephone:  305 789 0072
Facsimile:   786 664 3334

Counsel for Plaintiff

---

19

COMPLAINT FOR VIOLATIONS OF UNFAIR COMPETITION LAW, FALSE ADVERTISING LAW, AND CONSUMER LEGAL REMEDIES ACT